United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Jimmy Joseph Newell,<br>　　　Petitioner,<br><br>v.<br><br>Lorie Davis,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>　　　Respondent. | § § § § § § § § § § § | Civil Action H-18-4533 |

## Memorandum and Recommendation

　　Jimmy Joseph Newell has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his conviction and five-year prison sentence imposed in the 54th District Court of McLennan County, Texas. (D.E. 1.) Mr. Newell is housed in Huntsville, Texas.

　　Under 28 U.S.C. § 2241(d), when a petition for writ of habeas corpus is filed in a state with two or more federal judicial districts, venue is proper in either the district where the defendant is in custody, or in the district where the state court that sentenced him is located. The same statutory subsection permits a district court, in the exercise of its discretion, and in furtherance of justice, to transfer the case to the other district.

　　McLennan County is in the Western District of Texas, Waco Division. 28 U.S.C. § 124(d)(2). The court records are in McLennan County. It is likely that witnesses and other evidence will be in that county as well. To the extent that there is an evidentiary hearing in this case, McLennan County will be more convenient for the parties and witnesses. *See* 28 U.S.C. § 1404(a). Therefore, in the interests of justice, the court recommends that this case be transferred to the Western District of Texas, Waco Division.

　　The parties have fourteen days from service of this memorandum and recommendation to file written objections. Failure to timely file objections will

preclude appellate review of factual findings or legal conclusions, except for plain error. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72.

Signed at Houston, Texas, on December 11, 2018.

*[signature]*

Peter Bray
United States Magistrate Judge